UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIMON PHILLIPS, III,

      Plaintiff,

                                          Case No. 10-11197
v.                                        Honorable Patrick J. Duggan

OFFICER SETTLES,

      Defendant.
_____/

## JUDGMENT

Plaintiff, a former inmate at the Washtenaw County Jail, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 25, 2010. Plaintiff alleges that Defendant assaulted him. On September 1, 2010, Plaintiff filed a motion for partial summary judgment. On October 15, 2010, Defendant filed a motion for summary judgment. In an Opinion and Order entered on this date, the Court granted Defendant's motion based on Plaintiff's failure to exhaust his administrative remedies as required under the Prison Litigation Reform Act of 1996, 42 U.S.C. § 1997e(a). The Court therefore denied Plaintiff's motion for summary judgment.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

Date: September 15, 2011         s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Copies to:
Simon Phillips III
#761660
St. Louis Correctional Facility
8585 Croswell Road
St. Louis, MI   48880

Cynthia L. Reach, Esq.
Magistrate Judge R. Steven Whalen